IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | 8:15CV221 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| WALMART, WALMART SUPERCENTER, and WALMART STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On November 2, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. On December 10, 2015, the Court extended the time in which Plaintiff had to file an amended complaint to February 2, 2016. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter. Accordingly,

IT IS ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

DATED this 11th day of February, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge